# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

RECEIVED
FEB 13 2020
JUDGE KEENAN'S CHAMBERS

February 13, 2020

**BY ECF**

The Honorable Judge John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-20-20

Re:  **United States v. Devon Langley**
     **18 Cr. 131 (JFK)**

Dear Judge Keenan:

I write to respectfully request a temporary modification of the conditions of Devon Langley's supervised released to allow him to travel to New Orleans, LA for his birthday.

On January 24, 2018, Mr. Langley was released on pretrial supervision. On November 28, 2018, he was sentenced to one year and one day incarceration in the bureau of prisons and was allowed to remain at liberty with a surrender date of January 7, 2019. During the year that Mr. Langley was subject to pretrial supervision, he remained in perfect compliance with all terms and conditions.

On August 19, 2019, Mr. Langley was placed in a halfway house and he remained in compliance with all restrictions in the halfway house until he was released from custody on November 12, 2019. Mr. Langley is currently serving three years of supervised release. Since beginning supervised release, he has complied with all conditions and has begun to make restitution payments in accordance with the payment schedule set up by his probation officer.

As a condition of supervised release, Mr. Langley is required to remain within the district of his residence. Mr. Langley requests a temporary modification of these conditions to visit New Orleans, La from March 26 through March 31 to celebrate his birthday.

Thank you for your consideration of this matter.

*In view of the Government's and Probation's lack of consent the application is denied.*
*February 20, 2020*
*John F. Keenan*
*USDJ*

Respectfully submitted,
/s/
Jennifer Willis
Assistant Federal Defender
(212) 417-8743